AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

| | |
|---|---|
| Hassan A. Abbas, Esq. | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| Orrick, Herrington, Sutcliffe LLP | ) |
| Richard A. Martin, Esq. | ) |
| _____ | ) |
| *Defendant* | ) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/15

Civil Action No.

## 15 CV 01545

JUDGE DANIELS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Orrick, Herrington, Sutcliffe LLP
51 West 52nd Street
New York, New York 10019
Tel. 212 506 5135
email rmartin@orrick.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Hassan A. Abbas, Esq.
Pro se
19 Don Carlos Drive
Hanover Park, Illinois 60133
Tel. 630 233 0621 Mobile 646 696 4979
email: ha.law@hotmail.be

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

*CLERK OF COURT*

Date: _____03/03/2015_____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ORRICK HERRINGTON SUTCLIFFE LLP

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* ERICK GRUNSPAN _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* ORRICK, HERRINGTON

SUTCLIFFE, LLP _____ on *(date)* MARCH 4, 2015 or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ $50 for travel and $ $50 for services, for a total of $ $100.00 .

I declare under penalty of perjury that this information is true.

Date: MARCH 4, 2015

_____ Mireille Obeid
*Server's signature*

_____ MIREILLE OBEID
*Printed name and title*

_____ 1717 Broadway, New York
*Server's address*

Additional information regarding attempted service, etc: