Exhibit A

# FINANCIAL DECLARATION

*Re:*    *Midamines SPRL Ltd., et al. v. KBC Bank N.V.* (U.S. District Court - S.D.N.Y.)
Case No. 12-cv-8089 / U.S. District Judge - Hon. Richard J. Sullivan
*Hassan Abbas v. Orrick, Herrington, Sutcliffe, LLP* (U.S. District Court - S.D.N.Y)
Case No. 15-cv-1545 / U.S. District Judge - Hon. Richard J. Sullivan

I, Hassan A. Abbas, the undersigned, pursuant to 28 U.S.C. §1746, declare as follows:

**I.   REGARDING INABILITY TO PAY OF MR. HASSAN ABBAS**

A. INCOME & ASSETS

1. I have no assets and no income and I have not received within the past year/s any income from a business, profession, or other form of employment or self-employment. I have had to borrow funds extensively in the past year/s because I am continuing my legal education as a full-time student at the Lebanese University, School of Law, in Beirut, Lebanon.

2. The cash available on hand at present or in a checking account is less than $3,000-, and these funds will be used for the required living costs and expenses for my child/ren and will be depleted quickly.

3. I do not have the financial ability to pay the $75,722.50 attorney's fees and/or costs.

4. I do not own any real estate, house, stocks, notes, automobiles.

B. MARITAL STATUS

1. Divorced
2. Total No. of Children: Three (3).

C. OBLIGATIONS                                             DEBTS

1. District Court Judgment 2016 (Doc. 86, *Case #12cv8089*)     $75,722.50USD
2. Borrowed Funds/Debts/Money Owing                   (*circa*) $100,000USD
3. Total Debts/Liabilities                                     $175,722.50USD
   **NEGATIVE (Net Worth)**                          **(Minus)(-$175,722.50USD)**

I, Hassan A. Abbas, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 26, 2016

Signed:   *s/Hassan A. Abbas*

Financial Declaration of Hassan A. Abbas