# Exhibit B

# FINANCIAL DECLARATION

*Re:*   *Midamines SPRL Ltd., et al. v. KBC Bank N.V.* (U.S. District Court - S.D.N.Y.) Case No. 12-cv-8089 / U.S. District Judge - Hon. Richard J. Sullivan

I, Hassan A. Abbas, the undersigned, pursuant to 28 U.S.C. §1746, declare as follows:

1.  I am the President of Midamines Sprl Ltd., the Illinois corporation, in the above-mentioned case.

2.  I have personal knowledge of the financial status of Midamines Sprl Ltd.

3.  I would be competent to testify that Midamines Sprl Ltd. does not have any assets, nor money, nor income, nor cash flow, nor real estate, nor property, nor stocks etc., and Midamines Sprl Ltd., does not have the ability to pay any judgment, sanctions, attorneys' fees, and/or costs.

4.  **REGARDING INABILITY TO PAY OF MIDAMINES SPRL LTD. (IL. CORP.)**

    | | | |
    |---|---|---|
    | A. | Assets | None |
    | B. | Cash Flow | None |
    | C. | Income | None |
    | D. | District Court Judgment 2016 (Doc. 86, 12cv8089) | $75,722.50USD |
    | E. | Total Obligations/Debts/Liabilities | $75,722.50USD |

    **NEGATIVE (Net Worth)**                                   **(Minus)(- $75,722.50USD)**

I, Hassan A. Abbas, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 26, 2016

Signed:  *s/Hassan A. Abbas*

Financial Declaration for Midamines Sprl Ltd.